UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANICKQUA DORRELL HOLMAN,<br><br>            Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | 25-CV-00462 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Friday, May 16, 2025 at 10:00 a.m.** The parties should be prepared to discuss the status of the case. Pro se Plaintiff and counsel for Defendant is directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 815 234 582#.

DATED:  May 8, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge