UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANICKQUA DORRELL HOLMAN,<br><br>Plaintiff,<br><br>-against-<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 25cv00462 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Per the conference held today-

1.      By **June 6, 2025**, Plaintiff Holman, who does not have a lawyer, shall file her written explanation of why the decision of the Social Security Administration is incorrect and why her case should be sent back to the administrative law judge.

2.      Social Security Administration shall file a written response to Plaintiff Holman's filing by **August 1, 2025**.

3.      Plaintiff Holman shall have until **September 2, 2025** to file a written response to Social Security Administration's arguments.

4.      Any document Plaintiff wishes to file on the docket must be attached to an email in PDF format, no larger than 15 megabytes and sent to ProSe@nysd.uscourts.gov. If Plaintiff has any questions, she is directed to contact the Pro Se Intake Unit, 212-805-0175, during business hours, 8:30 a.m.-5:00 p.m., Monday-Friday (except federal holidays). If Plaintiff is unable to submit her filings electronically, she is directed to mail any letter requests or filings concerning her case to the below address: Pro Se Intake Unit 500 Pearl Street, Room 205 New York, NY 10007.

5.  Plaintiff is informed that the City Bar Justice Center runs a legal services clinic for pro se litigants (people without a lawyer) in the Southern District of New York. The Pro Se Law Clinic is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). If Plaintiff so chooses, she may complete the City Bar Justice Centers intake form to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).

DATED: May 16, 2025
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge